**Electronically Filed
Supreme Court
SCAP-30603
05-SEP-2014
08:14 AM**

SCAP-30603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re ʻIao Ground Water Management Area High-Level Source Water
Use Permit Applications and Petition to Amend Interim Instream
Flow Standards of Waiheʻe River and Waiehu, ʻIao, and Waikapū
Streams Contested Case Hearing

---

APPEAL FROM THE COMMISSION ON WATER RESOURCE MANAGEMENT
(CASE NO. CCH-MA06-01)

ORDER
(By:  Nakayama, J.)

Upon consideration of Clifton M. Hasegawa's letter to the court filed on September 2, 2014, requesting reconsideration of the court's published opinion filed on August 15, 2012, it appears that (1) Clifton M. Hasegawa is not a party to this proceeding and (2) the time in which reconsideration may be sought by a party has passed.  Therefore,

IT IS HEREBY ORDERED that the request is dismissed.

DATED: Honolulu, Hawaiʻi, September 5, 2014.

/s/ Paula A. Nakayama

Associate Justice